UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN W. CROMEANS, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN KEEGAN & COMPANY, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>PELLEGRINO & ASSOCIATES, LLC, et al.,<br><br>Third-Party Defendants. | No. 4:14-mc-00274-JAR |

## MEMORANDUM AND ORDER

The Court held a telephone conference with counsel on August 7, 2014 to take up Defendant/Third-Party Plaintiff Morgan Keegan & Company, Inc.'s Motion to Compel Production from Cunningham, Vogel & Rost, P.C. and for Sanctions. (Doc. No. 15) After discussion with the parties and the parties' inability to resolve their discovery issues regarding Cunningham, Vogel & Rost, P.C.'s privilege log, the Court indicated its intent to appoint a Special Master pursuant to Federal Rule of Civil Procedure 53 to complete an *in camera* review of the documents identified in said privilege log. The Court intends to order Morgan Keegan to pay the costs associated with the appointment of the Special Master; however those costs are subject to reallocation by Judge Nanette Laughrey at a later date.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file **no later than 5:00 p.m. on**

**Friday, August 8, 2014**, any objections or suggestions with regard to the appointment of a Special Master.

　　　　　　　　　　　　　　　　　　　/s/ John A. Ross
　　　　　　　　　　　　　　　　　　　JOHN A. ROSS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this  7th  day of August, 2014.