# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN W. CROMEANS, JR., individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MORGAN KEEGAN & COMPANY, INC., | ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | No. 4:14-mc-00274-JAR |
| v. | ) ) | |
| PELLEGRINO & ASSOCIATES, LLC, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This miscellaneous matter is before the Court on Defendant/Third-Party Plaintiff Morgan Keegan & Company, Inc. (Morgan Keegan)'s Motion to Compel Production from Cunningham, Vogel and Rost, P.C. (CVR) and for Sanctions. (Doc. No. 15) On August 13, 2014, this Court appointed Michael W. Flynn of the firm Kilo and Flynn as Special Master to complete an *in camera* review of the documents identified in CVR's privilege logs and prepare a report and recommendation to the Court on the disposition of Morgan Keegan's motion to compel. (Doc. No. 26) On October 23, 2014, the Special Master filed his Report recommending that Morgan Keegan's motion to compel be sustained in part and denied in part. (Doc. No. 27) On October 31, 2014, CVR filed its Response to the Special Master's Report (Doc. No. 30) and Morgan Keegan filed its Objections. (Doc. No. 32) The Court having reviewed the Report and Recommendation of Special Master Flynn and the parties' responses and objections thereto,

**IT IS HEREBY ORDERED** that the Special Master shall, within fifteen (15) days of the date of this Memorandum and Order, supplement his Report to the Court in the following respects:

First, the Special Master shall review those documents inadvertently omitted from CVR's privilege logs and any information subsequently produced by CVR and make recommendations to the Court on whether those documents are privileged and the basis of the privilege.

Second, the Special Master shall provide the Court with a general statement of the law applied in reaching his conclusions regarding the protected status of the documents listed on CVR's privilege logs.


_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**


Dated this 6th day of November, 2014.